

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 5:12 MJ 00249 |
| Walter McGill | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __DEFENSE COUNSEL__, IT IS ORDERED that a detention hearing is set for __July 18__, __2012__, at __3.__ ☐ a.m. / ☑ p.m. before the Honorable __DAVID T. BRISTOW__, in Courtroom __4.__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __7/16/12__

U.S. ~~District Judge~~/Magistrate Judge

**DAVID T. BRISTOW**